**Edmond T. WARD, Appellant,**

v.

**E. Wayne CRAWFORD, Superintendent Marshall Habilitation Center, Respondent.**

**No. WD 45090.**

Missouri Court of Appeals, Western District.

March 24, 1992.

Paul Trees Graham, Columbia, for appellant.

Lee Vardell, Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and ULRICH and SMART, JJ.

ORDER

PER CURIAM:

From the circuit court's affirming the Personnel Advisory Board's upholding of the termination of Ward by a state agency, the Marshall Habilitation Center, Ward appeals. Judgment affirmed. Rule 84.16(b).

**Donald LAWRENCE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44960.**

Missouri Court of Appeals, Western District.

March 24, 1992.

David S. Durbin, Appellate Defender, Jeanne Haas McKenna, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, C.J., and BRECKENRIDGE and SMART, JJ.

ORDER

PER CURIAM:

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief, without an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).